No. 21-35121

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY,
*Plaintiff/Appellant*,

v.

DEB HAALAND, in her official capacity as
Secretary of the U.S. Department of the Interior, et al.,
*Defendants/Appellees*,

and

STATE OF WYOMING, et al.,
*Defendant Intervenors/Appellees*.

Appeal from the United States District Court for the District of Montana
No. 9:19-cv-00109 (Hon. Dana L. Christensen)

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR 14-DAY EXTENSION OF TIME TO FILE
RESPONSE TO PETITION FOR REHEARING EN BANC**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 31-2.2, Federal Defendants move for a 14-day extension of time, to and including April 28, 2023, within which to their response to Plaintiff's petition for rehearing en banc. The response is currently due April 14, 2023. This is Federal

Defendants' first request for an extension of time to file a response to Plaintiff's petition for rehearing en banc. Federal Defendants have consulted with counsel for all parties in this appeal, and none oppose this motion. The motion is based on the attached declaration of Benjamin Richmond, Trial Attorney, Appellate Section, Environment & Natural Resources Division, U.S. Department of Justice.

                                                Respectfully submitted,

                                                *s/ Benjamin Richmond*
                                                BENJAMIN RICHMOND
                                                Environment & Natural Resources Div.
                                                U.S. Department of Justice
                                                Post Office Box 7415
                                                Washington, D.C. 20044
                                                (202) 514-3977
                                                benjamin.richmond@usdoj.gov

April 3, 2023
90-8-6-08272

## DECLARATION OF COUNSEL

I, Benjamin Richmond, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the attorney charged with primary responsibility for representing Federal Defendants in the above-captioned case.

2. On March 24, 2023, this Court ordered Federal Defendants to file a response to Plaintiff's petition for rehearing en banc within 21 days. As a result, Federal Defendants' response is currently due on April 14, 2023.

3. A further, two-week extension of time is necessary because the following pressing responsibilities have prevented me from timely preparing a response to Plaintiff's petition for rehearing en banc:

    a. *Neighbors of the Mogollon Rim v. U.S. Forest Service*, 9th Cir. No. 22-15259, in which the government has participated in court-ordered mediation.

    b. *United States v. Michigan*, 6th Cir. No. 22-1946, in which I filed a redacted brief on March 31, 2023, and am preparing for oral argument on May 3, 2023.

    c. *Strahan v. McKiernan*, 1st Cir. No. 22-1813, in which the government is awaiting Plaintiff filing its opening brief.

    d. *Leatrice Tanner-Brown v. Debra Haaland*, D.C. Cir. No. 22-5302, in which the government's answering brief is due May 30, 2023.

    e. *Western Watersheds Project v. Ester McCullough*, 9th Cir. Nos. 23-15259, 23-15261, 23-15262, in which I am drafting portions of the government's answering brief due April 28, 2023.

    f. Two additional internal matters in which I am preparing for the possibility of litigation involving the government.

    4. Given these obligations, as well as considering the length of the internal review process for briefs submitted by the Environment & Natural Resources Division, Appellate Section, there is substantial need for an extension of 14 days. Despite my exercise of diligence, Federal Defendants are unable to meet the current deadline for filing the response to Plaintiff's petition for rehearing en banc.

    5. If this motion is granted, Federal Defendants' response to the petition for rehearing en banc would be due on or before April 28, 2023. I will continue to exercise diligence toward preparing a response for filing within the due date as extended.

    6. I have consulted with Collette Adkins, counsel for Center for Biological Diversity, Travis Jordan, counsel for State of Wyoming, Owen Moroney, counsel for State of Idaho, and Will Trachman, counsel for farmer and stock grower groups. Counsel indicated that their clients do not oppose Federal Defendants' motion.

    7. The court reporter is not in default with regard to any designated transcripts, pursuant to Circuit Rule 11-1.2.

  I declare, under penalty of perjury, that the foregoing is true and correct. Executed on this 3rd day of April, 2023.

Respectfully submitted,

*s/ Benjamin Richmond*
BENJAMIN RICHMOND
Environment & Natural Resources Div.
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-3977
benjamin.richmond@usdoj.gov

April 3, 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d) and 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 110 words, excluding accompanying documents authorized under Fed. R. App. P. 27(a)(2)(B).

*s/ Benjamin Richmond*
BENJAMIN RICHMOND
Environment & Natural Resources Div.
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-3977
benjamin.richmond@usdoj.gov