UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, Plaintiff-Appellant, v. DEBRA ANNE HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; MARTHA WILLIAMS, in her official capacity as Director of U.S. Fish and Wildlife Service, Defendants-Appellees, STATE OF WYOMING; STATE OF IDAHO; WYOMING STOCK GROWERS ASSOCIATION; WYOMING FARM BUREAU FEDERATION; UTAH FARM BUREAU FEDERATION, Intervenor-Defendants-Appellees. | No. 21-35121 D.C. No. 9:19-cv-00109-DLC District of Montana, Missoula ORDER |

Before: BOGGS,[*] HURWITZ, and SUNG, Circuit Judges.

Judge Sung voted to grant the petition for rehearing en banc. Judges Hurwitz and Boggs recommended denying it.

The full court has been advised of the petition for rehearing en banc and no

---

[*] The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc, Dkt. 69, is **DENIED**.